AO440 - WAWD (Revised 10/11)  Summons in a Civil Action

# United States District Court
for the
Western District of Washington

| | |
|---|---|
| MARIA J. MORALES <br><br> *Plaintiff* <br><br> v. <br><br> OFFICER SONYA FRY, member of the Seattle Police Department, OFFICER MICHELLE GALLEGOS, member of the Seattle Police Department, the CITY OF SEATTLE, and DOES I through V, inclusive, members of ... <br><br> *Defendant* | Civil Action No. _____ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OFFICER MICHELLE GALLEGOS
Seattle Police Department
610 5th Avenue
Seattle, WA 98124-4986

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it) - or  60  days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

DARRYL PARKER
PREMIER LAW GROUP, PLLC
3380 146th Place SE, Ste. 430
Bellevue, WA 98007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO440WAWD (Revised 10/11) Summons in a Civil Action (Page 2)

## PROOF OF SERVICE
*This section should not be filed with the court unless required by* Fed.. R. Civ. P. 4(1)

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____ .

☐ I personally served the summons and complaint on the individual at (*place*)

_____ on (*date*) _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with (*name*)

_____ , a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on (*name of individual*) _____

who is designated by law to accept service of process on behalf of (*name of organization*)

_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (*specify*)

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.