THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA MORALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONYA FRY, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C12-2235-JCC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STAY ENFORCEMENT OF ORDER PENDING APPEAL |

This matter comes before the Court on Defendants' Motion to Stay Enforcement of Order Pending Appeal (Dkt. No. 153). Having thoroughly considered Defendants' briefing, Plaintiff's Statement of Non-Opposition (Dkt. No. 154), Federal Rule of Civil Procedure 62(d), and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the Motion (Dkt. No. 153) for the reasons explained herein.

Defendants have filed an appeal (Dkt. No. 146) and have posted a supersedeas bond in the amount of $167,000 (Dkt. No. 153-2). The supersedeas bond is in an amount exceeding this Court's Order (Dkt. No. 150), requiring payment of attorneys' fees in the amount of $165,405. The Court finds this bond is sufficient to protect Plaintiff's interests, and to provide security to Plaintiff for the Order entered (Dkt. No. 150). Therefore, the Court approves the supersedeas bond. Accordingly, the Court's Order re Attorneys' Fees (Dkt. No. 150) is HEREBY STAYED pending resolution of the Defendants' appeal to the Court of Appeals for the Ninth Circuit.

1   For the foregoing reasons, Defendants' Motion to Stay (Dkt. No. 153) is GRANTED.

2   DATED this 5th day of May 2015.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION
TO STAY ENFORCEMENT OF ORDER
PENDING APPEAL
PAGE - 2