UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA MORALES,

        Plaintiff,

   v.

SONYA FRY, *et al.*,

        Defendants.

CASE NO. C12-2235-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court of Appeals for the Ninth Circuit has reversed and remanded the judgment of this Court in this matter. (Dkt Nos. 135, 160.) The parties are DIRECTED to file a joint status report within sixty (60) days. The report should include three proposed retrial dates and a stipulated briefing schedule. In addition to pre-trial motions, the briefing schedule should also incorporate briefing to address the following issues: (1) whether, as a matter of law, the rights Officer Fry allegedly violated in her interactions with Ms. Morales' were "clearly established" constitutional rights, as provided by *Ashcroft v. al-Kidd*, 563 U.S. 731, 735, 741 (2011); and (2) whether the Court should employ a general verdict form or special interrogatories to the jury regarding disputed issues of material fact. No further

1  dispositive motions will be entertained in this matter.

2  DATED this 8th day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk