THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARIA MORALES, | CASE NO. C12-2235-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SONYA FRY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 165), following the Court of Appeals for the Ninth Circuit's reversal and remand of this Court in this matter. (Dkt No. 159.)

Commensurate with the Court's schedule, the Court ADOPTS the following case management deadlines:

| | |
|---|---|
| Supplemental Briefing | Thursday, May 17, 2018 |
| Pretrial Statement | Friday, May 25, 2018 |

| Defendant's Pretrial Statement | Friday, June 8, 2018 |
|---|---|
| Motions in Limine | Friday, June 15, 2018 |
| Proposed Pretrial Order | Monday, June 25, 2018 |
| Proposed Jury Instructions | Friday, June 29, 2018 |
| Proposed Voir Dire | Friday, June 29, 2018 |
| Trial Briefs | Friday, June 29, 2018 |
| Trial Date | Monday, July 9, 2018 |

DATED this 11th day of January 2018.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk