THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA MORALES, | CASE NO. C12-2235-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OFFICER SONYA FRY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court previously issued an order seeking supplemental briefing regarding (1) whether Plaintiff's rights were "clearly established" for purposes of determining if Defendant is entitled to a qualified immunity defense and (2) whether special interrogatories should be posed to a jury on the factual issues associated with this question. (Dkt. Nos. 161.) At the time, the Court noted that "[n]o further dispositive motions will be entertained in this matter." (Dkt. No. 161 at 2.) In response, the parties proposed that Defendant would submit initial briefing on the issue, subject to the third-Friday briefing schedule of Local Rule 7(d)(3). (Dkt. No. 165 at 2.) The Court agreed, and set May 17, 2018 as the deadline for Defendant's supplemental brief. (Dkt. No. 167.) On May 17, 2018, Plaintiff submitted supplemental briefing (Dkt. No. 173) and Defendant's submitted what it described as a

motion for partial summary judgment and brief (Dkt. No. 174). These submissions do not comport with the parties' proposal, which the Court approved. (*See* Dkt. Nos. 165 at 2, 167 at 1.) Accordingly, the Court STRIKES both submissions, including declarations (Dkt. Nos. 173, 174, 175) and DIRECTS the parties to submit the briefing as proposed in the parties' joint status report (*See* Dkt. No. 165 at 2) (proposing that "Detective Fry will file an initial brief addressing both issues, subject to the 24-page limit of LCR 7(e)(3), but subject to the third-Friday briefing schedule of LCR 7(d)(3)."). Defendant's supplemental brief shall be filed no later than May 24, 2018. Plaintiff may respond in accordance with Local Rule 7(d)(3). Defendant may reply to that response in accordance with Local Rule 7(d)(3). No dispositive motions will be entertained by this Court.

DATED this 18th day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
