UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA MORALES, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER SONYA FRY, <br><br> Defendant. | CASE NO. C12-2235-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte.* The Honorable John C. Coughenour, United States District Judge, hereby RECUSES himself from further proceedings in this case. The case is to be REASSIGNED in rotation.

DATED this 18th day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
