UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA MORALES,

    Plaintiff,

v.

OFFICER SONYA FRY,

    Defendant.

NO. C12-2235RSL

ORDER STRIKING TRIAL DATE AND PENDING MOTIONS

This matter comes before the Court following a status conference with the parties. The trial date and all remaining case management deadlines are hereby STRICKEN. Defendant's motion for a continuance (Dkt. # 193) is GRANTED.

The parties shall meet and confer to establish a briefing schedule for motions related to qualified immunity. The motion or motions shall be filed before the end of August. Defendant's motion for order (Dkt. # 179) is hereby STRICKEN.

The parties need not respond to the pending motions in limine (Dkt. # 185 and 191) until after the Court has ruled on the qualified immunity issue and establishes a new trial date.

Dated this 20th day of June, 2018.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER STRIKING TRIAL DATE
AND PENDING MOTIONS - 1