The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA MORALES,<br><br>                Plaintiff,<br><br>vs.<br><br>OFFICER SONYA FRY,<br><br>                Defendant. | No.    C12-2235-RSL<br><br>[PROPOSED] ORDER GRANTING SONYA FRY'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER having come before the Court on Defendant Sonya Fry's Motion for Summary Judgment. The Court, having read and considered the records and files herein, including:

1. Defendant's Motion and Brief;
2. Declaration of Cherie K. Getchell and exhibits thereto;
3. Declaration of Sonya Fry;
4. Declaration of Michelle Gallegos;
5. DVD of trial exhibit A-13;
6. Plaintiff's Opposition; and
7. Defendant's Reply (if any).

[PROPOSED] ORDER GRANTING SONYA FRY'S
MOTION FOR SUMMARY JUDGMENT
*MORALES v. FRY*, No. C12-2235-RSL – Page 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Now, being fully advised, the Court hereby GRANTS Defendant Sonya Fry's Motion for Summary Judgment.

DATED this \_\_\_\_\_ day of _____, 2018.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Prepared and presented by:

PETER S. HOLMES
Seattle City Attorney

By: *s/ Cherie K. Getchell*
Cherie Getchell, WSBA #49768
Assistant City Attorney
*Attorney for Defendant Sonya Fry*

[PROPOSED] ORDER GRANTING SONYA FRY'S
MOTION FOR SUMMARY JUDGMENT
*MORALES V. FRY*, No. C12-2235-RSL – Page 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Attorney for Plaintiff Maria Morales:*

Darryl Parker, WSBA #30770
Civil Rights Justice Center, PLLC
2150 N 107th St, Suite 520
Seattle, WA  98133-9023

*Attorney for Plaintiff Maria Morales:*

Ada Ko Wong, WSBA #45936
AKW Law, P.C.
6100 219th Street SW, Suite 480
Mountlake Terrace, WA 98043

*s/ Jennifer Litfin*
Jennifer Litfin, Legal Assistant

[PROPOSED] ORDER GRANTING SONYA FRY'S
MOTION FOR SUMMARY JUDGMENT
*Morales v. Fry*, No. C12-2235-RSL – Page 3

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200