UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA MORALES,

    Plaintiff,

vs.

OFFICER SONYA FRY,

    Defendant.

No. C12-2235RSL

ORDER REFERRING CASE
FOR SETTLEMENT CONFERENCE

    The Court has appointed United States Magistrate Judge Mary Alice Theiler to act as settlement judge in this matter. The Court's In-Court Deputy, Kadya Peter will contact the parties to schedule the settlement conference in this matter.

    DATED this 13th day of February, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE