The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Maria J. Morales,

                Plaintiff,

vs.

Officer Sonya Fry,

                Defendant.

No. C12-2235-RSL

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**[CLERK'S ACTION REQUIRED]**

## STIPULATION

IT IS HEREBY STIPULATED between the plaintiff, Maria J. Morales, and the defendant, Officer Sonya Fry, that this matter has been fully settled and compromised, and, may, therefore, be dismissed, as between the plaintiff and Officer Sonya Fry, with prejudice and without costs or attorneys' fees to either party.

DATED this 29th day of April, 2019

| PETER S. HOLMES<br>Seattle City Attorney<br><br>By: */s/ Cherie Getchell*<br>      Cherie Getchell, WSBA# 49768<br>      Ghazal Sharifi, WSBA# 47750 | CIVIL RIGHTS JUSTICE CENTER, PLLC<br><br><br>By: */s/ Darryl Parker*<br>      Darryl Parker, WSBA # 30770 |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
C12-2235-RSL

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

| Erika Evans, WSBA# 51159<br>Assistant City Attorneys<br>*Attorneys for Defendant City of Seattle* | *Attorney for Plaintiff* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
C12-2235-RSL

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

# **ORDER**

THIS MATTER having come before this court upon the foregoing stipulation of the parties hereto, and it appearing to the court that this matter has been fully settled and compromised as between the plaintiff and the defendant, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that this matter is hereby DISMISSED with prejudice and without costs or attorneys' fees.

DONE this 1st day of April, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

PETER S. HOLMES
Seattle City Attorney

By: */s/ Cherie Getchell*
Cherie Getchell, WSBA# 49768
Ghazal Sharifi, WSBA# 47750
Erika Evans, WSBA# 51159
Assistant City Attorneys

*Attorneys for Defendant City of Seattle*

Copy Received; Approved For Entry;
Notice of Presentation Waived:

By: */s/ Darryl Parker*
Darryl Parker, WSBA# 30770
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3
C12-2235-RSL

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200